JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>BRISTOL POINT FINANCIAL, INC.,<br><br>    Defendant. | Case No.: 8:20-cv-00183-MWF-ADS<br><br>ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. MICHAEL W. FITZGERALD |

    Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action, to be, and is, dismissed with prejudice.

    IT IS SO ORDERED.

Dated: May 8, 2020

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE